## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael W. Maurer,           :
         Petitioner     :
                       :
        v.            :     No. 1032 C.D. 2017
                       :
Workers' Compensation Appeal   :
Board (Lion Mining Company),    :
         Respondent   :

## **O R D E R**

NOW, April 18, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge